# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Parker, Michael T. | Southern Dist. of Mississippi | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

701 N. Main Street, Suite 216
Hattiesburg, MS 39401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Parker Holdings, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/23/2019 | United States Treasury - tax overpayment | $4,498.00 |
| 2. 04/22/2019 | Mississippi State Tax Commission - tax overpayment | $1,095.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Michael T.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Annuity CNA Annuity, Continental Assuance Company (See VIII) | F | | N | W | | | | | |
| 2. | Bancorp South -- Accounts | A | Interest | J | T | | | | | |
| 3. | College Tuition Contracts -MPACT (See VIII) | D | Distribution | J | T | | | | | |
| 4. | United States Savings Bonds (See VIII) | A | Interest | | | Redeemed | 10/11/19 | J | A | |
| 5. | Regions Bank - Account | A | Interest | K | T | | | | | |
| 6. | IRA (funds included in IRA are indented below) (See VIII) | D | Int./Div. | N | T | | | | | |
| 7. | ---Franklin Income Fund Class C | B | Int./Div. | K | T | | | | | |
| 8. | ---American Growth Fund of America Class F1 | C | Int./Div. | L | T | | | | | |
| 9. | ---MFS Total Return Fund Class C (See VIII) | A | Int./Div. | K | T | Sold (part) | 06/24/19 | K | | |
| 10. | ---Fidelity Government Money Market | A | Int./Div. | K | T | | | | | |
| 11. | ---Salient Select Income Class C (See VIII) | C | Int./Div. | L | T | Sold (part) | 05/15/19 | J | | |
| 12. | ---Franklin Income Fund Class A | A | Int./Div. | K | T | | | | | |
| 13. | ---MFS Total Return Fund Class A (See VIII) | A | Int./Div. | K | T | Spinoff (from line 9) | 06/24/19 | K | | |
| 14. | ---Salient Select Income Class A (See VIII) | A | Int./Div. | J | T | Spinoff (from line 11) | 05/15/19 | J | | |
| 15. | Venerable Golden Select Variable Annuity -- funds below (See VIII) | | None | M | T | | | | | |
| 16. | ---Voya Retirement Moderate Growth | A | Dividend | K | T | | | | | |
| 17. | ---Voya Templeton Global Growth Portfolio (see VIII) | A | Dividend | | | Sold | 08/23/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Michael T. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ---Voya Index Plus Large Cap Portfolio | A | Dividend | K | T | | | | | |
| 19. ---Voya VP Index Plus MidCap Porfolio | A | Dividend | K | T | | | | | |
| 20. --- Voya Index Plus Small Cap Portfolio | A | Dividend | K | T | | | | | |
| 21. ---Voya Clarion Real Estate Portfolio (S) | A | Dividend | K | T | | | | | |
| 22. ---Voya Large Cap Growth Portfolio (S) | A | Dividend | K | T | | | | | |
| 23. ---Voya Gobal Equity Portfolio Class S (See VIII) | A | Dividend | K | T | Buy | 08/23/19 | K | | |
| 24. Allianz Life Ins. Company--- Fixed Annuity | | None | M | T | | | | | |
| 25. Discover Bank | C | Interest | M | T | | | | | |
| 26. CIT Bank | B | Interest | M | T | | | | | |
| 27. Rental Property - Orange Beach, Baldwin County, AL (see VIII) | E | Rent | | | Sold | 07/12/19 | N | F | Mike Morrison |
| 28. Iberia Bank (see VIII) | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Parker, Michael T.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI -- Rental property in Orange Beach, AL was sold and mortgage to Iberia Bank was paid in full on July 12, 2019.

Part VII, Line 1 -- Annuity which pays a fixed monthly amount ("Regular, periodic payments of an annuity are treated as a return of the filer's investment and are, therefore, not reported as income." See Filing Instructions for Calendar Year 2019 Reports, page 41.

Part VII, Line 3 -- This was the final distribution for this college tuition contract. The value at the end of the reporting period is zero. This college turition contract will not be listed on future reports.

Part VII, Line 4 -- All remaining savings bonds were redeemed in 2019. U.S. Savings Bonds will, therefore, not appear on future reports.

Part VII, Line 6 -- This is a header entry, the specific funds are listed below the header.

Part VII, Line 9 and 13 -- Transaction descriptions are limited. On June 24, 2019, a portion of the MFS Total Return Fund Class C was converted to MFS Total Return Fund Class A.

Part VII, Line 11 and 14 -- Transaction descriptions are limited. On May 15, 2019, a portion of the Salient Select Income Class C was converted to Salient Select Income Class A.

Part VII, Line 15 - This is a header entry, the specific funds are listed below the header. This was formerly Voya Golden Select Variable Annuity.

Part VII, Line 17 and 23 -- According to the annuity company, all shares/units of the Templeton Global Growth Portfolio were "reallocated" to Voya Global Equity Portfolio Class S on August 23, 2019. As available transaction descriptions are limited, this is being reported as a "sell" of the Templeton Global Growth Portfolio and a "purchase" of the Voya Global Equity Portfolio Class S fund. The Templeton Global Growth Portfolio will not be appear on future reports.

Part VII, Line 27 -- As this property was sold on July 12, 2019, it will not appear on future reports.

Part VII, Line 28 -- Parker Holdings, LLC account for rental property in Orange Beach, AL. The account did not draw any interest in 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael T. Parker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544